IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DEMETRIUS S. RANKIN                                                           PLAINTIFF

VERSUS                                             CIVIL ACTION NO. 5:09cv189-DCB-MTP

UNITED STATES OF AMERICA, et al.                                         DEFENDANTS

## ORDER

Before the Court is Plaintiff's motion [11] entitled "Motion to Appoint Marshal to Serve Summons and Complaint." A review of the instant civil action reveals that it is presently being screened by this Court as provided for by 28 U.S.C. § 1915A. Therefore, the Plaintiff's motion [11] is premature and as such, it will be denied at this time.

SO ORDERED, this the 6th day of May, 2010.

                                       *s/ Michael T. Parker*
                                       UNITED STATES MAGISTRATE JUDGE